**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **CALVIN LEONARD SHARP,** | ) |
| Petitioner, | ) Case No. CV 16-2504 GW (AJW) |
| v. | ) |
| **STUART SHERMAN, WARDEN,** | ) ORDER ACCEPTING REPORT AND ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation of Magistrate Judge ("Supplemental Report and Recommendation") and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: November 15, 2017

_____
George H. Wu
United States District Judge