UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CALVIN LEONARD SHARP, JR.,<br><br>       Petitioner,<br><br>   vs.<br><br>STUART SHERMAN, Warden,<br><br>       Respondent. | No. CV 16-2504-GW(AJW)<br><br><br><br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: November 15, 2017

_____
George H. Wu
United States District Judge